Antonio **SANTIAGO PENALOZA; Esmeralda Nunez Benitez Santiago, a.k.a. Esmeralda Santiago Nunez, a.k.a. Esmeralda Nunez Beniez Santiago, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–71251.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed April 14, 2011.

Richard Flores Lemus, Esquire, Law Offices of Richard F. Lemus, Fullerton, CA, for Petitioners.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jeffrey Lawrence Menkin, Trial, OIL, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Antonio Santiago Penaloza and Esmeralda Nunez Benitez Santiago, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen or reissue based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen, *Hernandez–Velasquez v. Holder*, 611 F.3d 1073, 1077 (9th Cir.2010), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion as untimely where they filed the motion more than seven years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and they failed to establish the due diligence required for equitable tolling of the filing deadline, *see Iturribarria v. INS*, 321 F.3d 889, 897 (9th Cir.2003).

In light of our disposition, we need not reach petitioners' remaining contentions.

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.